No. 81–1636. FLORIDA v. BRADY ET AL. Sup. Ct. Fla. [Certiorari granted, 456 U. S. 988.] Motion of California Farm Bureau Federation et al. for leave to file a brief as amici curiae granted. Writ of certiorari as to respondent Brady is dismissed, it appearing that the Circuit Court of Florida, Martin County, has accepted the State's nolle prosequi. Judgment as to the remaining respondents is vacated, and the case is remanded for further

consideration in light of *Oliver* v. *United States*, 466 U. S. 170 (1984).